UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : CRIMINAL NO. 3:06CR _314_ (PCD) |
| PATRICIA ELLIS | : |

### ORDER

In the interest of justice, the above identified case is hereby transferred to the Honorable Alan H. Nevas, who has agreed to the transfer as the case is related to a case pending before him. All further pleadings or documents in this matter should be filed with the Clerk's Office in Bridgeport, and bear the docket number 3:06CR _314_ (AHN). Pleadings or documents related to this action and filed in any other seat of court, will be refused at the Clerk's Office and returned to you unfiled.

Dated at New Haven, Connecticut this 8th day of November, 2006.

Peter C. Dorsey
United States District Judge